UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeremy and Simone Mock, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>Commonwealth of Pennsylvania, Joshua D. Shapiro, individually and in his official capacity as Governor of the Commonwealth of Pennsylvania, Lori M. Shapiro, and Commonwealth of Pennsylvania State Police,<br><br>    Defendants. | No. 2:26-cv-00816:HB |

**AMENDED MOTION TO DISMISS OF DEFENDANTS
GOVERNOR JOSH SHAPIRO, IN HIS OFFICIAL CAPACITY,
AND THE PENNSYLVANIA STATE POLICE**

Defendants Governor Josh Shapiro, in his official capacity, and the Pennsylvania State Police respectfully move to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1) or 12(b)(6), for the reasons stated in their accompanying Memorandum of Law.

April 13, 2026

Respectfully submitted,

 */s Thomas P. Howell*
Thomas P. Howell (PA ID 79527)
Deputy General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 772 4252
thowell@pa.gov

*Counsel for Governor Joshua D.
Shapiro, in his official capacity,
and the Pennsylvania State Police*

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing was served on all counsel of record on April 13, 2026, by this Court's CM/ECF system.

April 13, 2026                 */s Thomas P. Howell*
                               Thomas P. Howell
                               Deputy General Counsel