IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEREMY MOCK, et al.               :         CIVIL ACTION
                                  :
        v.                        :
                                  :
COMMONWEALTH OF PENNSYLVANIA,     :         NO. 26-816
et al.                            :

ORDER

AND NOW, this 14th day of April 2026, it is hereby ORDERED that the motion of defendants Commonwealth of Pennsylvania State Police and Governor Joshua D. Shapiro, in his official capacity, to dismiss (Doc. # 22) is DENIED as moot as defendants Commonwealth of Pennsylvania State Police and Governor Joshua D. Shapiro, in his official capacity, have filed an amended motion to dismiss.

BY THE COURT:

/s/  Harvey Bartle III
                                              J.