IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEREMY MOCK, et al.            :            CIVIL ACTION
                               :
        v.                     :
                               :
COMMONWEALTH OF PENNSYLVANIA,   :            NO. 26-816
et al.                         :

ORDER

AND NOW, this 30th day of April 2026, it is hereby
ORDERED that the motions of the defendants to dismiss the
complaint (Doc. # 23 and Doc. # 24) are DENIED as moot as
plaintiff has filed an amended complaint.


BY THE COURT:


/s/  Harvey Bartle III
                                                        J.