IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEREMY MOCK, et al.            :          CIVIL ACTION
                               :
          v.                   :
                               :
JOSHUA D. SHAPIRO, et al.      :          NO. 26-816

ORDER

AND NOW, this 7th day of July 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  all claims under 42 U.S.C. § 1985 are DISMISSED;

(2)  the motion of Joshua D. Shapiro as Governor of the Commonwealth of Pennsylvania and of Lieutenant Colonel George L. Bivens, Acting Commissioner of the Pennsylvania State Police, in their official capacities to dismiss the amended complaint (Doc. # 30) is GRANTED for lack of subject matter jurisdiction;

(3)  the motion of Joshua D. Shapiro in his individual capacity and of Lori Shapiro to dismiss the amended complaint (Doc. # 34) is DENIED; and

(3)  the motion of Joshua D. Shapiro in his individual capacity and of Lori Shapiro to stay this action is DENIED.

BY THE COURT:


/s/  Harvey Bartle III
                               J.